### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WEST VIRGINIA UNIVERSITY | : | |
| HOSPITALS, INC., | : | |
| | : | No. 1:CV-06-82 |
| Plaintiff | : | |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| EDWARD G. RENDELL, Governor | : | |
| of the Commonwealth of Pennsylvania; | : | |
| ESTELLE B. RICHMAN, Secretary | : | |
| of the Department of Public Welfare; | : | |
| and JAMES HARDY, Deputy Secretary | : | (Electronically Filed) |
| For Medical Assistance Programs, | : | |
| | : | |
| Defendants | : | |

### DEFENDANTS' UNOPPOSED MOTION FOR ENLARGMENT OF TIME WITHIN WHICH TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND FOR ENFORCEMENT OF JUDGMENT

Defendants, by their attorneys, hereby move the Court pursuant to

Fed.R.Civ.P. 6(b) to enlarge by fourteen days the time for responding to plaintiff's

motion for summary judgment and for enforcement of judgment in the above-

captioned case. In support of this motion, defendants state the following:

1.      Plaintiff has moved for summary judgment and to enforce the

judgment entered in another lawsuit in which it was a party.  Plaintiff's motion was

supported by a brief filed May 15, 2006.

2.      Under applicable rules, defendants' opposing brief was due within

eighteen days, or on June 2, 2006.  *See* Fed.R.Civ.P. 6(b) and (e).

3.      Defendants intended to oppose plaintiff's motion; however, they were

unable to due so because of the illness of their attorney.

4.      Defendants seek by this motion a fourteen day enlargement or until

June 16, 2006 to respond to plaintiff's motion.

5.      Plaintiff does not oppose the requested enlargement.

**WHEREFORE,**  defendants ask the Court to grant the motion and enlarge to June

16, 2006 the time for responding to plaintiff's motion for summary judgment and

for enforcement of judgment.

                              **Respectfully submitted,**

                              **THOMAS W. CORBETT, JR.**
                              **Attorney General**

                    **By:**   **s/***Gwendolyn T. Mosley*
**Office of Attorney General**      **GWENDOLYN T. MOSLEY**
**Civil Litigation**                **Senior Deputy Attorney General**
**15th Floor, Strawberry Square**   **Attorney I.D. No. 29157**
**Harrisburg, PA 17120**
**(717) 787-1180 – Phone**          **SUSAN J. FORNEY**
**(717) 772-4526 – Fax**            **Chief Deputy Attorney General**
**Date:   June 6, 2006**            **Chief, Litigation Section**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WEST VIRGINIA UNIVERSITY** | : | |
| **HOSPITALS, INC.,** | : | |
| | : | **No. 1:CV-06-82** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **(Judge Rambo)** |
| | : | |
| **EDWARD G. RENDELL, Governor** | : | |
| **of the Commonwealth of Pennsylvania;** | : | |
| **ESTELLE B. RICHMAN, Secretary** | : | |
| **of the Department of Public Welfare;** | : | |
| **and JAMES HARDY, Deputy Secretary** | : | **(Electronically Filed)** |
| **For Medical Assistance Programs,** | : | |
| | : | |
| **Defendants** | : | |

## CERTIFICATE OF SERVICE

I, **GWENDOLYN T. MOSLEY**, Senior Deputy Attorney General for the

Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that

on June 6, 2006, I caused to be served a true and correct copy of the foregoing

Defendant's Motion for Enlargement of Time Within Which to Respond to Motion

for Summary Judgment and for Enforcement of Judgment via electronic filing to

the following individual:

Jay M. Levin, Esquire
jmlevin@reedsmith.com

s/Gwendolyn T. Mosley
GWENDOLYN T. MOSLEY
Senior Deputy Attorney General